IN THE CIRCUIT COURT FOR
LOWNDES COUNTY, ALABAMA

RECEIVED
2006 FEB 13 P 1:11
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT

2:06CV136-A

| | |
|---|---|
| LYNN ANDREWS, et. al., | |
| PLAINTIFFS, | |
| vs. | CIVIL ACTION NO. CV-06-4 |
| SCHELL & KAMPETER, INC., et. al., | |
| DEFENDANT. | |

## DEFENDANT'S NOTICE OF FILING NOTICE OF REMOVAL

On February 13, 2006, Defendant Schell & Kampeter, Inc. d/b/a Diamond Pet Foods ("Defendant") filed the attached Notice of Removal in the Office of the Clerk of the United States District Court for the Middle District of Alabama, Northern Division.

_Dennis R. Bailey_
Dennis R. Bailey (BAI028)
Robert C. Ward, Jr. (WAR038)
Bethany L. Bolger (BOL035)

Attorneys for Defendant Schell & Kampeter, Inc., d/b/a Diamond Pet Foods.

Of counsel:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama 36101-0270
(334) 206-3234 (Bailey phone)
(334) 206-3229 (Ward phone)
(334) 206-3194 (Bolger phone)
(334) 481-0031 (fax)
drb@rsjg.com (Bailey e-mail)
rcw@rsjg.com (Ward e-mail)
bbolger@rsjg.com (Bolger e-mail)

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the following counsel of record by placing a copy of same in the United States Mail, first class postage prepaid, on this the 13th day of February 2006.

Mr. Jason A. Stuckey
Gulas & Stuckey
2031 2nd Avenue North
Birmingham, Alabama 35203

_____
Of counsel