IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 FEB 13  P 1: 11

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| LYNN ANDREWS, et. al., | |
| **PLAINTIFFS,** | |
| vs. | CIVIL ACTION NO. 2:06CV136-A |
| SCHELL & KAMPETER, INC., et. al., | |
| **DEFENDANT.** | |

### DEFENDANT'S CORPORATE DISCLOSURE NOTICE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and this Court local rules, and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendants certify that Schell & Kampeter, Inc. is a family-owned corporation with no parent companies and that they are not aware of any corporation that owns more than ten percent of its common stock. Counsel further certifies that Diamond Pet Foods is simply a trademark and trade name for the operations of Schell & Kampeter, Inc.

DATED this 13th day of February, 2006.

Respectfully submitted,

*[signature: Dennis R. Bailey]*

Dennis R. Bailey (BAI028)
Robert C. Ward, Jr. (WAR038)
Bethany L. Bolger (BOL035)

Attorneys for Defendants Schell & Kampeter, Inc., and Diamond Pet Foods, Inc.

Of counsel:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama 36101-0270
(334) 206-3234 (Bailey phone)
(334) 206-3229 (Ward phone)
(334) 206-3194 (Bolger phone)
(334) 481-0031 (fax)
drb@rsjg.com (Bailey e-mail)
rcw@rsjg.com (Ward e-mail)
bbolger@rsjg.com (Bolger e-mail)

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the following counsel of record by placing a copy of same in the United States Mail, first class postage prepaid, on this the 13th day of February 2006.

Mr. Jason A. Stuckey
Gulas & Stuckey
2031 2nd Avenue North
Birmingham, Alabama 35203

*[signature: Dennis R. Bailey]*
Of counsel