IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LYNN ANDREWS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv136-WHA |
| ) | |
| SCHELL & KAMPETER, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of Defendant's Motion to Stay (Doc. #5), filed on February 21, 2006, it is

ORDERED that the Plaintiffs shall show cause, if any there be, **on or before March 3, 2006** why the motion should not be granted. The motion will be taken under submission on that day for determination without oral hearing.

DONE this 21st day of February, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE