IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LYNN ANDREWS, etc., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:06cv136-WHA |
| | ) |
| SCHELL & KAMPETER, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This case is before the court on the Rule 23(d)(1) Motion to Stay Proceedings (Doc. #5), filed by the Defendant Schell & Kampeter, Inc. on February 21, 2006. No objection having been filed by the Plaintiff within the time allowed by the order of the court entered on February 21, 2006, the motion is GRANTED, and it is hereby

ORDERED that all proceedings in this case are STAYED pending a determination on class certification of the claims previously filed against the Defendant and now pending in the United States District Court for the Eastern District of Tennessee, styled *Nicole D. Bass v. Schell & Kampeter, Inc. and Diamond Pet Foods, Inc.*, 3:05cv586.

In the event no determination on class certification has been made in the Tennessee case by September 8, 2006, the parties are DIRECTED to file a status report with the court at that time.

DONE this 9th day of March, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE