IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LYNN ANDREWS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 2:06cv136-WHA |
| | ) | |
| SCHELL & KAMPETER, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This case has been stayed pending a determination on class certification in the case of

*Nicole D. Bass v. Schell & Kampeter, Inc. and Diamond Pet Foods, Inc.*, Case No. 3:05cv586, in

the United States District Court for the Eastern District of Tennessee.  It is hereby

ORDERED that **on or before May 15, 2007**, the parties determine the status of the case

pending in Tennessee and file a joint status report concerning it with this court.

DONE this 2nd day of May, 2007.


/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE