IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LYNN ANDREWS, et. al., | |
| PLAINTIFFS, | |
| vs. | CIVIL ACTION NO. 2:06-CV-136-A |
| SCHELL & KAMPETER, INC., | |
| DEFENDANT. | |

### JOINT STATUS REPORT

COME NOW Plaintiffs and Defendant and submit this joint status report in accordance with the Court's Order (Doc. #11):

After a two-day mediation, an agreement in principle was reached between the parties in the active litigation pending in Tennessee federal court. As of April 20, 2007, the parties were continuing to discuss the details of the agreement and expect to submit the agreement to the Tennessee court in the near future. Defendant in this case can submit the outlines of the agreement under seal if this Court so desires.

DATED this 15th day of May 2007.

Respectfully submitted,

_____
Jason A. Stuckey (STU019)
Attorney for Plaintiffs

**OF COUNSEL:**
Gulas & Stuckey, P.C
2031 2nd Ave. North
Birmingham, AL 35203
(205) 879-1234
Facsimile (205) 879-1247

                                                    /s/ Bethany L. Bolger
                                                    Dennis R. Bailey (BAI028)
                                                    Robert C. Ward, Jr. (WAR038)
                                                    Bethany L. Bolger (BOL035)
                                                    Attorneys for Defendant Schell & Kampeter, Inc. d/b/a Diamond Pet Foods

Of counsel:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama   36101-0270
(334) 206-3234 (Bailey phone)
(334) 206-3229 (Ward phone)
(334) 206-3194 (Bolger phone)
(334) 481-0031 (fax)
drb@rsjg.com (Bailey e-mail)
rcw@rsjg.com (Ward e-mail)
bbolger@rsjg.com (Bolger e-mail)

## CERTIFICATE OF SERVICE

     I hereby certify that on this the 15th day of May 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice of such filing to the following:

     Jason A. Stuckey (jstucky@cochranfirm.com; jason@gulaslawfirm.com)

     Theodore A. Gulas (ike@gulaslawfirm.com)

                                                    /s/ Bethany L. Bolger

                                                    Of counsel