IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LYNN ANDREWS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SCHELL & KAMPETER, INC., et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO. 2:06cv136-WHA |

### **ORDER**

Upon consideration of the Joint Status Report (Doc. #12), filed by counsel for the parties on May 15, 2007, it is hereby

ORDERED that, unless this case is concluded earlier, the parties file a supplemental joint report **on or before July 2, 2007**, as to the status of the Tennessee litigation, and stating further why this case should not be dismissed without prejudice in view of the settlement of the Tennessee case.

DONE this 17th day of May, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE