# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| LYNN ANDREWS, et. al., | |
| Plaintiffs, | |
| vs. | Civil Action No. 2:06-cv-136-A |
| SCHELL & KAMPETER, INC., | |
| Defendant. | |

## SUPPLEMENTAL JOINT STATUS REPORT

COME NOW Plaintiffs and Defendant and submit this supplemental joint status report in accordance with the Court's Order (Doc. #13):

Although an agreement in principle has been reached between the parties in the active litigation pending in Tennessee federal court, a settlement agreement has not yet been executed. A binding arbitration regarding attorneys' fees is scheduled for July 18, 2007, and the parties expect a settlement agreement to be executed upon receipt of the arbitrator's decision. Defendant in this case can submit the outlines of the agreement under seal if this Court so desires.

DATED this 2nd day of July 2007.

Respectfully submitted,

_____
Jason A. Stuckey (STU019)
Attorney for Plaintiffs

**OF COUNSEL:**
Gulas & Stuckey, P.C
2031 2nd Ave. North
Birmingham, AL 35203
(205) 879-1234
Facsimile (205) 879-1247

                                     */s/ Bethany L. Bolger*_____
                                      Dennis R. Bailey (BAI028)
                                      Robert C. Ward, Jr. (WAR038)
                                      Bethany L. Bolger (BOL035)
                                      Attorneys for Defendant Schell & Kampeter, Inc.
                                      d/b/a Diamond Pet Foods

Of counsel:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama   36101-0270
(334) 206-3234 (Bailey phone)
(334) 206-3229 (Ward phone)
(334) 206-3194 (Bolger phone)
(334) 481-0031 (fax)
drb@rsjg.com (Bailey e-mail)
rcw@rsjg.com (Ward e-mail)
bbolger@rsjg.com (Bolger e-mail)

## CERTIFICATE OF SERVICE

     I hereby certify that on this the 2nd day of July 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice of such filing to the following:

     Jason A. Stuckey (jstucky@cochranfirm.com; jason@gulaslawfirm.com)

     Theodore A. Gulas (ike@gulaslawfirm.com)

                                        */s/ Bethany L. Bolger*_____
                                        Of counsel