IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LYNN ANDREWS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:06cv136-WHA |
| ) | |
| SCHELL & KAMPETER, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the Supplemental Joint Status Report (Doc. #14), filed on July 2, 2007, it is hereby

ORDERED that the parties submit a Supplemental Joint Status Report **on or before September 7, 2007**, and each 30 days thereafter until settlement of this matter has been concluded.

DONE this 29th day of August, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE