## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **LYNN ANDREWS, et. al.,** ) | |
| ) | |
| **PLAINTIFFS,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO. 2:06-CV-136-A** |
| ) | |
| **SCHELL & KAMPETER, INC.,** ) | |
| ) | |
| **DEFENDANT.** ) | |
| ) | |

## SUPPLEMENTAL JOINT STATUS REPORT

---

**COME NOW** Plaintiffs and Defendant and submit this Supplemental Joint Status Report in accordance with the Court's Order (Doc. No. 14):

Although an agreement in principle has been reached between the parties in the active litigation pending in Tennessee federal court, a settlement agreement has not yet been executed. The issue on Attorneys fees which was submitted to arbitration has also been resolved so a proposed settlement agreement is expected to be forwarded to the Court for review and approval in the near future.

**RESPECTFULLY SUBMITTED** this the 5th day of October, 2007.

/s/ Jason A. Stuckey
**JASON A. STUCKEY (STU019)**
**Attorney for Plaintiffs**

**OF COUNSEL:**
GULAS & STUCKEY, P.C
2031 2nd Ave. North
Birmingham, AL 35203
Phone:        (205) 879-1234
Facsimile:    (205) 879-1247

/s/ Robert C. Ward, Jr.
**DENNIS R. BAILEY (BAI028)**
**ROBERT C. WARD, JR. (WAR038)**
**BETHANY L. BOLGER (BOL035)**
**Attorneys for Defendant Schell & Kampeter, Inc. d/b/a Diamond Pet Foods**

**OF COUNSEL:**
**RUSHTON, STAKELY,**
  **JOHNSTON & GARRETT, P.A.**
184 Commerce Street
Post Office Box 270
Montgomery, Alabama   36101-0270
Bailey Phone:      (334) 206-3234
Ward Phone:        (334) 206-3229
Bolger Phone:      (334) 206-3194
Facsimile:         (334) 481-0828

## CERTIFICATE OF SERVICE

I hereby certify that on this the 5th day of October, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice of such filing to the following:

Jason A. Stuckey (jstucky@cochranfirm.com; jason@gulaslawfirm.com)
Theodore A. Gulas (ike@gulaslawfirm.com)

/s/ Robert C. Ward, Jr.
**OF COUNSEL**