# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| LYNN ANDREWS, et. al., ) | |
| ) | |
| PLAINTIFFS, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06-CV-136-A |
| ) | |
| SCHELL & KAMPETER, INC., ) | |
| ) | |
| DEFENDANT. ) | |

## SUPPLEMENTAL JOINT STATUS REPORT

**COME NOW** Plaintiffs and Defendant and submit this Supplemental Joint Status Report in accordance with the Court's Order (Doc. No. 14):

Although an agreement in principle has been reached between the parties in the active litigation pending in Tennessee federal court, a settlement agreement has not yet been executed. The issue on Attorneys fees which was submitted to arbitration has also been resolved so a proposed settlement agreement is expected to be forwarded to the Court for review and approval in the near future. Moreover, the parties are considering resolution in this case to avoid protracted litigation.

**RESPECTFULLY SUBMITTED** this the 7th day of January, 2008.

/s/ Jason A. Stuckey
**JASON A. STUCKEY (STU019)**
**Attorney for Plaintiffs**

OF COUNSEL:
GULAS & STUCKEY, P.C
2031 2nd Ave. North
Birmingham, AL 35203
Phone:      (205) 879-1234
Facsimile:  (205) 879-1247

                    */s/ Robert C. Ward, Jr.*
                    DENNIS R. BAILEY (BAI028)
                    ROBERT C. WARD, JR. (WAR038)
                    BETHANY L. BOLGER (BOL035)
                    **Attorneys for Defendant Schell & Kampeter, Inc. d/b/a Diamond Pet Foods**

OF COUNSEL:
RUSHTON, STAKELY,
  JOHNSTON & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama 36101-0270
Bailey Phone:    (334) 206-3234
Ward Phone:     (334) 206-3229
Bolger Phone:    (334) 206-3194
Facsimile:       (334) 481-0828

## CERTIFICATE OF SERVICE

I hereby certify that on this the 7th day of January, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice of such filing to the following:

Jason A. Stuckey (jstucky@cochranfirm.com; jason@gulaslawfirm.com)
Theodore A. Gulas (ike@gulaslawfirm.com)

                    */s/ Robert C. Ward, Jr.*
                    **OF COUNSEL**