IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LYNN ANDREWS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:06cv136-WHA |
| ) | |
| SCHELL & KAMPETER, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This case is before the court on the Supplemental Joint Status Report (Doc. #19), filed on January 7, 2008. This is basically the same report that has been filed for the last several months.

On February 13, 2008, it will have been two years since this case was removed to this court. It is the court's intention to bring this case to a conclusion one way or another. Therefore, the case is set for a Rule 16 scheduling conference on Wednesday, February 13, 2008, at 10:00 a.m., IN CHAMBERS. Lead counsel for both sides are directed to be personally present at that time. Counsel for both sides are directed to discuss this case in detail prior to the conference with a view toward reaching a prompt disposition of the case. Furthermore, counsel are required to be familiar in minute detail with the exact status of the class action, why it has not been concluded by February 13, 2008, if such be the case, and details of the relationship of this case to the class action.

DONE this 8th day of January, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE