IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LYNN ANDREWS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SCHELL & KAMPETER, INC., et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO. 2:06cv136-WHA |

## **ORDER**

Upon consideration of Defendants' Motion to Continue Scheduling Conference (Doc. #21), and for good cause shown, the motion is GRANTED, and it is hereby ORDERED as follows:

1. The scheduling conference scheduled for February 13, 2008, is CANCELED.

2. Counsel for the parties are DIRECTED to discuss this case promptly upon the Tennessee federal court's ruling following the fairness hearing there, and file a joint report with this court stating their positions concerning the effect that settlement, if it is approved, upon this case.

DONE this 11th day of February, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE