IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LYNN ANDREWS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:06cv136-WHA |
| ) | |
| SCHELL & KAMPETER, INC., et al., | |
| ) | |
| Defendants. ) | |

## **ORDER**

It is hereby ORDERED that this case is set for a Rule 16 scheduling conference, in chambers, on Monday, April 21, 2008, at 2:00 p.m. Lead counsel for all parties are DIRECTED to be present in person.

DONE this 10th day of April, 2008.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE