### IN THE UNITED STATES DISTRICT COURT FOR
### THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **LYNN ANDREWS, et. al.,** | ) | |
| | ) | |
| **PLAINTIFFS,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 2:06-CV-136-A** |
| | ) | |
| **SCHELL & KAMPETER, INC.,** | ) | |
| | ) | |
| **DEFENDANT.** | ) | |
| | ) | |

### JOINT STIPULATION FOR DISMISSAL

COME NOW Plaintiffs and Defendant, by and through their undersigned attorneys of record, and jointly stipulate to the dismissal of all counts with prejudice against Defendant Schell & Kampeter, Inc. d/b/a Diamond Pet Foods.

**RESPECTFULLY SUBMITTED** this the 15th day of April 2008.

*/s/ Jason A. Stuckey*
**JASON A. STUCKEY (STU019)**
**Attorney for Plaintiffs**

**OF COUNSEL:**
GULAS & STUCKEY, P.C
2031 2nd Ave. North
Birmingham, AL 35203
Phone:        (205) 879-1234
Facsimile:   (205) 879-1247

*/s/ Robert C. Ward, Jr.*
**DENNIS R. BAILEY (BAI028)**
**ROBERT C. WARD, JR. (WAR038)**
**BETHANY L. BOLGER (BOL035)**
**Attorneys for Defendant Schell &
Kampeter, Inc. d/b/a Diamond Pet Foods**

**OF COUNSEL:**
**RUSHTON, STAKELY,**
  **JOHNSTON & GARRETT, P.A.**
184 Commerce Street
Post Office Box 270
Montgomery, Alabama  36101-0270
Phone:        (334) 206-3100
Facsimile:    (334) 481-0828

## CERTIFICATE OF SERVICE

I hereby certify that on this the 15th day of April 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice of such filing to the following:

Jason A. Stuckey (jstucky@cochranfirm.com; jason@gulaslawfirm.com)
Theodore A. Gulas (ike@gulaslawfirm.com)

*/s/ Robert C. Ward, Jr.*
**OF COUNSEL**

### IN THE UNITED STATES DISTRICT COURT FOR
### THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **LYNN ANDREWS, et. al.,** | ) | |
| | ) | |
| **PLAINTIFFS,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 2:06-CV-136-A** |
| | ) | |
| **SCHELL & KAMPETER, INC.,** | ) | |
| | ) | |
| **DEFENDANT.** | ) | |
| | ) | |

## ORDER

Upon consideration of the Plaintiffs' and Defendant's Joint Stipulation for Dismissal, it is

hereby ORDERED that same is GRANTED and that all counts against the Defendant, Schell &

Kampeter, Inc., d/b/a Diamond Pet Foods, is hereby dismissed with prejudice.

DONE THIS THE _____ day of _____, 2008.


_____
W. HAROLD ALBRITTON, III
SENIOR UNITED STATES DISTRICT JUDGE


cc:    Jason A. Stuckey, Esq.
       Robert C. Ward, Jr., Esq.
       Dennis R. Bailey, Esq.
       Bethany L. Bolger, Esq.