IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LYNN ANDREWS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:06cv136-WHA |
| ) | |
| SCHELL & KEMPETER, INC., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Because the parties in this case have filed a Notice of Dismissal, the scheduling conference scheduled for April 21, 2008, is CANCELLED.

DONE this 16th day of April, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE