IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LYNN ANDREWS, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:06cv136-WHA |
| | ) |
| SCHELL & KEMPETER, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the Joint Stipulation for Dismissal (Doc. #24), filed by the parties on April 15, 2008, and for good cause shown, it is hereby

ORDERED that this case is DISMISSED with prejudice, the parties to bear their own costs.

DONE this 16th day of April, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE